IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL LEWIS,<br><br>     Plaintiff,<br><br>     v.<br><br>MERCK & COMPANY, INC., MCKESSON CORP., and DOES 1 - 100,<br><br>     Defendants. | CIV-S-06-00241 DFL PAN<br><br><br>ORDER |

  For the reasons stated by Judge Shubb in <u>Leeson v. Merck & Co., Inc., et al</u>, Civ. S-05-2240 WBS PAN slip op. (E.D. Cal. Jan. 27, 2006), defendant Merck & Co., Inc.'s motion to stay is GRANTED.

  IT IS SO ORDERED.

Dated: 3/27/2006

_____
DAVID F. LEVI
United States District Judge

1