A CERTIFIED TRUE COPY
MAR 20 2006
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 MAR 21 PM 1:26
LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR -2 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1657

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-43)**

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 3,259 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, 360 F.Supp.2d 1352 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAR 2 0 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CLERK'S OFFICE
A TRUE COPY
MAR 30 2006
Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

## SCHEDULE CTO-43 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **ALABAMA MIDDLE** | | |
| ~~ALM 2 06-127~~ | ~~James O. Struthers, etc. v. Merck & Co., Inc., et al.~~ Vacated 3/20/06 | |
| ALM 3 06-128 | Rosemary Leverett, etc. v. Merck & Co., Inc., et al. | 06-1457 |
| **ALABAMA NORTHERN** | | |
| ALN 2 06-184 | Martha Faircloth, etc. v. Merck & Co., Inc. | 06-1458 |
| ALN 2 06-226 | Louise Partin v. Merck & Co., Inc., et al. | 06-1459 |
| ALN 2 06-269 | Freddie Walker Arnold, et al. v. Merck & Co., Inc. | 06-1460 |
| ALN 2 06-315 | Robert Glenn v. Merck & Co., Inc. | 06-1461 |
| ALN 6 06-143 | ReDonna Earle Wakefield Miller, etc. v. Merck & Co., Inc., et al. | 06-1462 |
| ALN 7 06-281 | Virginia A. Rogers v. Merck & Co., Inc. | 06-1463 |
| **ALABAMA SOUTHERN** | | |
| ~~ALS 1 06-44~~ | ~~Robert Shawn Roach, et al. v. Merck & Co., et al.~~ Opposed 3/13/06 | |
| **ARKANSAS WESTERN** | | |
| ARW 4 06-4011 | Dale A. Rogers v. Merck & Co., Inc. | 06-1464 |
| **ARIZONA** | | |
| AZ 4 06-42 | Gerald Tuggle, et al. v. Merck & Co., Inc. | 06-1465 |
| **CALIFORNIA EASTERN** | | |
| CAE 2 06-241 | Carol Lewis v. Merck & Co., Inc., et al. | 06-1466 |
| CAE 2 06-281 | Andrew Garrick, et al. v. Merck & Co., Inc., et al. | 06-1467 |
| ~~CAE 2 06-324~~ | ~~Manuel Chavez, et al. v. Merck & Co., Inc., et al.~~ Opposed 3/20/06 | |
| CAE 2 06-330 | William Morning, etc. v. Merck & Co., Inc., et al. | 06-1468 |
| **CALIFORNIA NORTHERN** | | |
| ~~CAN 3 05-4949~~ | ~~Mary Zumut v. Merck & Co., Inc.~~ | ~~06-1469~~ |
| CAN 3 06-424 | Marvin Knox v. Merck & Co., Inc. | 06-1470 |
| CAN 3 06-716 | Marilyn Artieres, etc. v. Merck & Co., Inc. | 06-1471 |
| **FLORIDA MIDDLE** | | |
| FLM 2 06-61 | Natalie Jane Stewart v. Merck & Co., Inc., et al. | 06-1472 |
| FLM 2 06-62 | Susan Wright, etc. v. Merck & Co., Inc., et al. | 06-1473 |
| FLM 3 06-104 | Ruby A. Barbaree v. Merck & Co., Inc. | 06-1474 |
| FLM 3 06-105 | Laura D. Page, et al. v Merck & Co., Inc. | 06-1475 |
| **FLORIDA SOUTHERN** | | |
| FLS 1 06-20227 | Gloria Jean Thomas v. Merck & Co., Inc. | 06-1476 |
| FLS 9 06-80117 | Edward Hettiger, etc. v. Merck & Co., Inc., et al. | 06-1477 |
| **IOWA NORTHERN** | | |
| IAN 1 05-174 | Paul Nadermann, et al. v. Merck & Co., Inc. | 06-1478 |
| **IOWA SOUTHERN** | | |
| IAS 4 06-35 | Christopher Wright, et al. v. Merck & Co., Inc. | 06-1479 |

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **ILLINOIS NORTHERN** | | |
| ILN 1 06-640 | Francisco Gonzalez, etc. v. Merck & Co., Inc. | 06-1480 |
| ILN 1 06-716 | Edward Freemon v. Merck & Co., Inc. | 06-1481 |
| **ILLINOIS SOUTHERN** | | |
| ~~ILS 3 06-63~~ | ~~Willis Fuller, et al. v. Merck & Co., Inc.~~ Opposed 3/10/06 | |
| ~~ILS 3 06-64~~ | ~~Robert Paskero v. Merck & Co., Inc., et al.~~ Opposed 3/9/06 | |
| ~~ILS 3 06-65~~ | ~~Eugene Perry, et al. v. Merck & Co., Inc.~~ Opposed 3/10/06 | |
| ILS 3 06-92 | Billy Lathan v. Merck & Co., Inc. | 06-1482 |
| ILS 3 06-93 | Lena Done v. Merck & Co., Inc. | 06-1483 |
| **INDIANA NORTHERN** | | |
| INN 1 05-417 | Teresa Meyer, etc. v. Merck & Co., Inc. | 06-1484 |
| **INDIANA SOUTHERN** | | |
| INS 2 06-27 | Anita Jane Taylor, et al. v Merck & Co., Inc. | 06-1485 |
| INS 2 06-33 | Vernon Dickerson, et al. v. Merck & Co., Inc. | 06-1486 |
| **KENTUCKY WESTERN** | | |
| KYW 3 05-559 | Betty Sims v. Merck & Co., Inc. | 06-1487 |
| **LOUISIANA WESTERN** | | |
| LAW 2 06-133 | Huey Elija Pete, etc. v. Merck & Co., Inc., et al. | 06-1488 |
| LAW 5 05-2249 | Estate of Martha Riser v. Merck & Co., Inc. | 06-1489 |
| **MARYLAND** | | |
| MD 1 06-309 | Burnell Davis v. Merck & Co., Inc. | 06-1490 |
| MD 1 06-313 | Vick C. Smith, et al. v. Merck & Co., Inc. | 06-1491 |
| MD 1 06-324 | Carry L. Jackson, et al. v. Merck & Co., Inc. | 06-1492 |
| **MICHIGAN EASTERN** | | |
| MIE 1 06-10364 | Edward Thomas v. Merck & Co., Inc. | 06-1493 |
| **MINNESOTA** | | |
| MN 0 06-423 | Alan Bachman v. Merck & Co., Inc. | 06-1494 |
| MN 0 06-432 | Lynda Redmond v. Merck & Co., Inc. | 06-1495 |
| MN 0 06-466 | Ronald Strelow, et al. v. Merck & Co., Inc. | 06-1496 |
| MN 0 06-474 | Annette Johnson, etc. v. Merck & Co., Inc. | 06-1497 |
| MN 0 06-486 | Cathlean Tittle, etc. v. Merck & Co., Inc. | 06-1498 |
| MN 0 06-488 | Marlene Mannstedt, et al. v. Merck & Co., Inc. | 06-1499 |
| MN 0 06-489 | David Redmond, et al. v. Merck & Co., Inc. | 06-1500 |
| MN 0 06-499 | JoAnn Gullickson v. Merck & Co., Inc. | 06-1501 |
| MN 0 06-500 | Betty Aune, etc. v. Merck & Co., Inc. | 06-1502 |
| MN 0 06-527 | John Drobnick, et al. v. Merck & Co., Inc. | 06-1503 |
| MN 0 06-530 | Willie E. Sadberry, etc. v. Merck & Co., Inc. | 06-1504 |
| MN 0 06-623 | Robert Hunter, etc. v. Merck & Co., Inc. | 06-1505 |
| **MISSOURI EASTERN** | | |
| MOE 4 06-167 | Loretta Bennett v. Merck & Co., Inc. | 06-1506 |
| **MISSISSIPPI NORTHERN** | | |
| MSN 4 06-25 | Louise McElroy v. Merck & Co., Inc., et al. | 06-1507 |

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **NEW YORK EASTERN** | | |
| NYE 1 06-406 | Basil Ebong, et al. v. Merck & Co., Inc. | 06-1508 |
| NYE 1 06-490 | Karen Padova v. Merck & Co., Inc. | 06-1509 |
| NYE 1 06-629 | Joan Reinhardt v. Merck & Co., Inc. | 06-1510 |
| **NEW YORK NORTHERN** | | |
| NYN 3 06-114 | Ralph Pratt, et al. v. Merck & Co., Inc. | 06-1511 |
| **NEW YORK SOUTHERN** | | |
| NYS 1 06-545 | Camille Gomez, et al. v. Merck & Co., Inc. | 06-1512 |
| NYS 1 06-792 | Thomas Jackson v. Merck & Co., Inc. | 06-1513 |
| **NEW YORK WESTERN** | | |
| ~~NYW 6 06-6065~~ | ~~Gergory Paterniti v. Merck & Co., Inc., et al.~~ Opposed 3/17/06 | |
| ~~NYW 6 06-6066~~ | ~~George Adams v. Merck & Co., Inc., et al.~~ Opposed 3/17/06 | |
| NYW 6 06-6067 | David Grace v. Merck & Co., Inc., et al. | 06-1514 |
| ~~NYW 6 06-6068~~ | ~~Deborah Stroka v. Merck & Co., Inc., et al.~~ Opposed 3/17/06 | |
| ~~NYW 6 06-6069~~ | ~~Bruce Stenzel v. Merck & Co., Inc., et al.~~ Opposed 3/17/06 | |
| NYW 6 06-6070 | Beverley Porter v. Merck & Co., Inc., et al. | 06-1515 |
| NYW 6 06-6074 | Ronald Ciura, etc. v. Merck & Co., Inc., et al. | 06-1516 |
| ~~NYW 6 06-6075~~ | ~~Eugenia B. Lukasik, etc. v. Merck & Co., Inc., et al.~~ Opposed 3/17/06 | |
| NYW 6 06-6090 | Michael Farciglia, et al. v. Merck & Co., Inc., et al. | 06-1517 |
| NYW 6 06-6091 | Kristie L. Maracle, etc. v. Merck & Co., Inc., et al. | 06-1518 |
| ~~NYW 6 06-6097~~ | ~~Pauline Dempsey v. Merck & Co., Inc., et al.~~ Opposed 3/17/06 | |
| **OHIO NORTHERN** | | |
| OHN 1 06-274 | Emily Joseph-Klein, etc. v. Merck & Co., Inc. | 06-1519 |
| **OKLAHOMA EASTERN** | | |
| OKE 6 06-63 | Darla Harris, etc. v. Merck & Co., Inc. | 06-1520 |
| **OKLAHOMA NORTHERN** | | |
| OKN 4 06-49 | Linda Rountree, et al. v. Merck & Co., Inc., et al. | 06-1521 |
| OKN 4 06-64 | Jimmie Neal Pope, et al. v. Merck & Co., Inc. | 06-1522 |
| **OKLAHOMA WESTERN** | | |
| OKW 5 06-157 | William Pickle, Sr. v. Merck & Co., Inc. | 06-1523 |
| **PENNSYLVANIA EASTERN** | | |
| PAE 2 06-263 | Alphonso Maxwell, Jr. v. Merck & Co., Inc. | 06-1524 |
| PAE 2 06-272 | Michael Getz, et al. v. Merck & Co., Inc. | 06-1525 |
| ~~PAE 2 06-388~~ | ~~Robbie Tallas, et al. v. Merck & Co., Inc., et al.~~ Opposed 3/16/06 | |
| ~~PAE 2 06-389~~ | ~~Robbie Tallas, et al. v. Merck & Co., Inc., et al.~~ Opposed 3/16/06 | |
| PAE 2 06-507 | Deborah Veysey, et al. v. Merck & Co., Inc., et al. | 06-1526 |
| PAE 2 06-575 | George V. Edwards, et al. v. Merck & Co., Inc., et al. | 06-1527 |
| PAE 2 06-639 | Carol Jones, etc. v. Merck & Co., Inc., et al. | 06-1528 |
| **PENNSYLVANIA WESTERN** | | |
| PAW 2 06-144 | Drew Schuckman v. Merck & Co., Inc. | 06-1529 |
| PAW 2 06-145 | Theodore Graban, Jr., et al. v. Merck & Co., Inc. | 06-1530 |
| **RHODE ISLAND** | | |
| ~~RI 1 06-65~~ | ~~Frank Detorie, et al. v. Merck & Co., Inc., et al.~~ Opposed 3/20/06 | |

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **SOUTH CAROLINA** | | |
| SC   3   05-2548 | Robert Don Ashworth, et al. v. Merck & Co., Inc. | 06-1531 |
| SC   3   06-299 | Caroline Seigler, et al. v. Merck & Co., Inc. | 06-1532 |
| **TEXAS EASTERN** | | |
| TXE   1   06-31 | Donald R. Goodwin, et al. v. Merck & Co., Inc. | 06-1533 |
| TXE   1   06-40 | Michael Lavon Fletcher, et al. v. Merck & Co., Inc. | 06-1534 |
| TXE   2   06-49 | Thomas Rudd v. Merck & Co., Inc. | 06-1535 |
| TXE   5   06-28 | Walter Joe Skelton v. Merck & Co., Inc. | 06-1536 |
| TXE   6   06-54 | Brenda Jones v. Merck & Co., Inc. | 06-1537 |
| **TEXAS NORTHERN** | | |
| TXN   3   06-248 | Christopher Baker v. Merck & Co., Inc. | 06-1538 |
| **TEXAS SOUTHERN** | | |
| TXS   1   06-14 | Santos Fraga, et al. v. Merck & Co., Inc., et al. | 06-1539 |
| TXS   2   06-53 | Beatriz Garcia, et al. v Merck & Co., Inc., et al. | 06-1540 |
| ~~TXS   2   06-56~~ | ~~Amanda Salinas, et al. v. Merck & Co., Inc., et al.~~ Vacated 3/20/06 | |
| TXS   3   06-68 | Judith Ann Watson v. Merck & Co., Inc. | 06-1541 |
| TXS   3   06-85 | Eva Lamb v. Merck & Co., Inc. | 06-1542 |
| TXS   4   06-312 | Debra McCain v. Merck & Co., Inc. | 06-1543 |
| TXS   4   06-313 | Frank Taylor v. Merck & Co., Inc. | 06-1544 |
| TXS   4   06-315 | Corine Harmon v. Merck & Co., Inc. | 06-1545 |
| TXS   4   06-316 | Oralia Jacques v. Merck & Co., Inc. | 06-1546 |
| TXS   4   06-317 | Robenia Brooks v. Merck & Co., Inc. | 06-1547 |
| TXS   4   06-319 | James Coleman v. Merck & Co., Inc. | 06-1548 |
| TXS   4   06-334 | Ella Hutchinson v. Merck & Co., Inc. | 06-1549 |
| TXS   4   06-338 | Joyce Taylor v. Merck & Co., Inc. | 06-1550 |
| TXS   4   06-345 | Clydene Daskey v. Merck & Co., Inc. | 06-1551 |
| TXS   4   06-356 | Dolores Beyer v. Merck & Co., Inc. | 06-1552 |
| TXS   4   06-357 | Jerry Yeaney v. Merck & Co., Inc. | 06-1553 |
| TXS   4   06-358 | Gloria Brooks v. Merck & Co., Inc. | 06-1554 |
| TXS   4   06-365 | Cynthia David v. Merck & Co., Inc. | 06-1555 |
| TXS   4   06-368 | Gloria Baiamonte v. Merck & Co., Inc. | 06-1556 |
| TXS   4   06-369 | Virginia Jones v. Merck & Co., Inc. | 06-1557 |
| TXS   4   06-370 | John Gustafson v. Merck & Co., Inc. | 06-1558 |
| TXS   4   06-373 | Brenda Diana Primus v. Merck & Co., Inc. | 06-1559 |
| TXS   4   06-374 | Pedro J. Moreno, Jr. v. Merck & Co., Inc. | 06-1560 |
| TXS   4   06-375 | Arie Anderson, et al. v. Merck & Co., Inc. | 06-1561 |
| TXS   4   06-410 | Gloria Martinez Nicar v. Merck & Co., Inc. | 06-1562 |
| TXS   4   06-444 | Janet Douglas, et al. v. Merck & Co., Inc. | 06-1563 |
| TXS   5   06-16 | Esperanza Garcia, et al. v. Merck & Co., Inc., et al. | 06-1564 |
| TXS   6   06-8 | Raymond O'Brien, et al. v. Merck & Co., Inc. | 06-1565 |
| TXS   7   06-21 | Juanita Alvarado, et al. v. Merck & Co., Inc., et al. | 06-1566 |
| **UTAH** | | |
| UT   2   06-70 | Sharon Balfour v. Merck & Co., Inc. | 06-1567 |
| UT   2   06-110 | Myron Sorenson, et al. v Merck & Co., Inc. | 06-1568 |
| UT   2   06-111 | Don Iverson, et al. v. Merck & Co., Inc. | 06-1569 |